United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Cody Becker, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-60706-Civ-Scola |
| | ) |
| Agent Zip, Inc., Defendant. | ) |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal With Prejudice, ECF No. 16). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on July 16, 2018.

_____
Robert N. Scola, Jr.
United States District Judge